IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA LADONSKI, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>vs.<br><br>PANERA, LLC,<br><br>    *Defendant*.<br>_____/ | **CLASS ACTION**<br><br>**Case No. 1:2023-cv-01101**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

WHEREAS, Plaintiff filed her Complaint in this action on February 22, 2023;

WHEREAS, the Parties participated in mediation on May 25, 2023, before the Hon. Margaret M. Morrow (Ret.), in an attempt to resolve this action and related actions pending in Missouri and California;

WHEREAS, settlement negotiations between the Parties have now resulted in a tentative agreement in principle to resolve this action and the related actions on a nationwide-class basis;

WHEREAS, the Parties anticipate filing an application for preliminary approval of the tentative nationwide-class settlement in this Court or in one of the other jurisdictions in which related cases are pending;

THEREFORE, IT IS STIPULATED by the Parties, through their respective counsel of record, and subject to an order of the Court, that the above-captioned action be stayed in its entirety until October 24, 2023. The Parties further agree and stipulate to file either settlement preliminary approval papers, dismissal papers, or a request for a further stay by that date.

Dated: August 8, 2023                                             Respectfully submitted,

<u>/s/ *Andrew J. Shamis*</u>                                         /s/ *Matthew Luzadder*
Andrew J. Shamis, Esq.                                      Matthew Charles Luzadder
Edwin E. Elliott, Esq.                                           **Kelley Drye & Warren LLP**
**SHAMIS & GENTILE, P.A.**                           333 West Wacker Drive
ashamis@shamisgentile.com                           Suite 2600
edwine@shamisgentile.com                            Chicago, IL 60606
14 NE 1st Ave., Suite 705                                (312) 857-7070
Miami, FL 33132                                                 Email: mluzadder@kelleydrye.com

Jeffrey D. Kaliel, Esq.*                                       *Counsel for Defendant Panera, LLC*
**KALIELGOLD PLLC**
jkaliel@kalielpllc.com
1100 15th Street, NW | 4th Floor
Washington, DC 20005
202.350.4783

\**pro hac vice* forthcoming

*Counsel for Plaintiff Lisa Ladonski*

<u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing filed via ECF and was sent via service E-Mail on August 8, 2023 to all counsel of record.

                Respectfully submitted,

                **SHAMIS & GENTILE, P.A.**
                14 NE 1st Ave., Suite 705
                Miami, FL 33132
                Telephone (305) 479-2299
                Facsimile (786) 623-0915
                Email: efilings@shamisgentile.com

By:    */s/ Andrew J. Shamis*
         Andrew J. Shamis, Esq.
         Florida Bar # 101754

         *Counsel for Plaintiff and the Class*